AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Pig Newton, Inc., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 13-CIV-7312 |
| The Board of Directors of the Motion Picture et.al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date:   12/19/2013

*Attorney's signature*

Franklin K. Moss (FK9161)
*Printed name and bar number*

Spivak Lipton LLP
1700 Broadway, Suite 2100
New York, NY 10019

*Address*

fmoss@spivaklipton.com
*E-mail address*

(212) 765-2100
*Telephone number*

(212) 765-8954
*FAX number*