# Exhibit G

[Redacted]

**From:** Teri Smith
**Sent:** Wednesday, January 23, 2013 2:27 PM
**To:** Ruben Ramirez
**Cc:** Guillermo Castaneda; Wynnette Legaspi; Sandra Gallegos; Shanda Zuniga
**Subject:** RE: Pig Newton, Inc payroll audit

NOPE! Once the shareholder starts to submit, as long as the company has not terminated the agreement, or dissolved the corp and is still an active open company with active agreements they have to submit contributions on a weekly basis for the shareholder and cannot report inactivity. They cannot hope in and hope out when they want as a shareholder. I have attached a copy of the requirement sheet, the second page has the requirements for the controlling employees.

Guillermo: This means that you need to assess the shareholder contributions up to the end of your audit period in November. Then employer contracts will pick up any unpaid contributions in a shareholder bill when the time comes. They are bound by the shareholder rules which also will include the reporting of 1500.0 hours for employees.

This guy is going to be mad as he will not meet the 1500.0 hour requirement on a rolling 12 month period.

Teri

**From:** Ruben Ramirez
**Sent:** Wednesday, January 23, 2013 2:16 PM
**To:** Teri Smith
**Cc:** Guillermo Castaneda; Wynnette Legaspi; Sandra Gallegos
**Subject:** FW: Pig Newton, Inc payroll audit

Hi chica,

We have not received contributions for this shareholder employer since 09/29/2012.
Is it safe to enter inactivity from that point until they start to submit contributions for the new season?

1

**D004578**

Muffin

**From:** O. Valerie Nicolas [mailto:valeriepratt.acct@gmail.com]
**Sent:** Wednesday, January 23, 2013 1:59 PM
**To:** Guillermo Castaneda
**Cc:** Blair Breard; Ruben Ramirez
**Subject:** Re: Pig Newton, Inc payroll audit

Good afternoon Mr. Castaneda,

That is the last week for Season 3. Season 4 will not start until later this year so you will not see additional contributions until then.

Thanks,

On Wed, Jan 23, 2013 at 4:19 PM, Guillermo Castaneda <GCastaneda@mpiphp.org> wrote:

Good afternoon Ms. Nicolas,

I'm in the process of completing the audit for the production titled, "Louie" and the last contributions we received for this production was for week ending 09/29/2012. Is the production completed or will additional contributions be forthcoming?

Thank you,

**From:** O. Valerie Nicolas [mailto:valeriepratt.acct@gmail.com]
**Sent:** Tuesday, December 11, 2012 8:35 AM
**To:** Guillermo Castaneda
**Cc:** Blair Breard
**Subject:** Pig Newton, Inc payroll audit

Dear Mr. Castaneda,

My name is Valerie Nicolas. I'll be handling the payroll audit on behalf of Pig Newton, Inc. Therefore, pls contact me when you want to audit the payroll files. In the meantime, attached are the crew lists and general ledgers from January 30, 2011 thru November 12, 2012 (Seasons 2 and 3) as requested.

Thanks,

-vn-

2

D004579

This email is intended only for the personal and confidential use of the designated recipient(s). If you are not an intended recipient, please notify me immediately by reply email or telephone, and delete the original message and all attachments from your system. Any use, dissemination, forwarding or copying of this message is strictly prohibited.

--

O. Valerie Nicolas
Production Accountant

"Untitled Louis C.K. Special"
Pig Newton Inc.
valeriepratt.acct@gmail.com

Click here to report this email as spam.

D004580