# EXHIBIT A

4/8/2015  
4:04 PM  

Spivak Lipton LLP  
SL Daily Weekly Attorney Time Report  

Page    1

### Selection Criteria

| | | |
|---|---|---|
| Slip.Transaction Dat | 1/1/2013 - 12/31/2013 | |
| Clie.Selection | Include: MPIP. Pig Newton (nr) | |
| Time.Selection | Include: Time | |

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| **Attorney: FM** | | | | |
| 10/17/2013 883718 MPIP. Pig Newton (nr) | | Pig Newton | Review complaint, case law and cover letter; emails with client and K. Halford regarding same. | 1.90 |
| Total: 10/17/2013 | | | | 1.90 |
| 10/29/2013 885613 MPIP. Pig Newton (nr) | | Pig Newton | Meeting with K. Halford; Review Halford file. | 0.70 |
| Total: 10/29/2013 | | | | 0.70 |
| 11/1/2013 886000 MPIP. Pig Newton (nr) | | Pig Newton | Review emails; Discuss background and facts with G. Costello. | 0.30 |
| Total: 11/1/2013 | | | | 0.30 |
| 11/7/2013 886056 MPIP. Pig Newton (nr) | | Pig Newton | Email with C. Killian; Intra-office conference; prepare summary for committee report. | 0.30 |
| Total: 11/7/2013 | | | | 0.30 |
| 11/14/2013 886486 MPIP. Pig Newton (nr) | | Pig Newton | Call with AIG attorney R. Carmen; review Zuckerman letter and transmit to R. Carmen. | 0.30 |
| Total: 11/14/2013 | | | | 0.30 |
| 11/22/2013 888429 MPIP. Pig Newton (nr) | | Pig Newton | Intra-office conference; call with W. Zuckerman. | 0.30 |

| 4/8/2015 | | Spivak Lipton LLP | | |
|---|---|---|---|---|
| 4:04 PM | | SL Daily Weekly Attorney Time Report | | Page    2 |

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| Total: 11/22/2013 | | | | 0.30 |
| 11/25/2013 888433 | MPIP. Pig Newton (nr) | Pig Newton | Call with W. Zuckerman re acceptance of service, extension of time and merits of case; Confer with G. Costello re: same. | 0.20 |
| Total: 11/25/2013 | | | | 0.20 |
| 12/13/2013 890418 | MPIP. Pig Newton (nr) | Pig Newton | Call with K. Halford re litigation strategy and Director authorization. | 0.20 |
| Total: 12/13/2013 | | | | 0.20 |
| Total: FM | | | | 4.20 |

Attorney: GC

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| 11/1/2013  885855 | MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference with Frank Moss (12 mins.); Review case file - complaint, case law and correspondence (1:00). | 1.20 |
| Total: 11/1/2013 | | | | 1.20 |
| 11/4/2013  888219 | MPIP. Pig Newton (nr) | Pig Newton | Review case documents (1:36); Research re: LaBarbera rules (1:00); Research re: declaratory judgment (6 mins.). | 2.70 |
| Total: 11/4/2013 | | | | 2.70 |
| 11/5/2013  886155 | MPIP. Pig Newton (nr) | Pig Newton | Read case law (54 mins.); Research re: standing (6 mins.). | 1.00 |
| Total: 11/5/2013 | | | | 1.00 |

| 4/8/2015 | | Spivak Lipton LLP | | |
|---|---|---|---|---|
| 4:04 PM | | SL Daily Weekly Attorney Time Report | | Page        3 |

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| 11/7/2013  885813  MPIP. Pig Newton (nr) | | Pig Newton | Check docket sheet (6 mins.); Review CBA, case file, trust documents (1:06); Research re: standing (24 mins.). | 1.70 |
| Total: 11/7/2013 | | | | 1.70 |
| 11/8/2013  888224  MPIP. Pig Newton (nr) | | Pig Newton | Read case law. | 0.10 |
| Total: 11/8/2013 | | | | 0.10 |
| 11/22/2013 886717  MPIP. Pig Newton (nr) | | Pig Newton | Telephone conference with Frank Moss and B. Zuckerman. | 0.10 |
| Total: 11/22/2013 | | | | 0.10 |
| 12/5/2013  889170  MPIP. Pig Newton (nr) | | Pig Newton | Prepare Stipulation. | 0.10 |
| Total: 12/5/2013 | | | | 0.10 |
| 12/9/2013  889143  MPIP. Pig Newton (nr) | | Pig Newton | Prepare Stipulation. | 0.10 |
| Total: 12/9/2013 | | | | 0.10 |
| 12/10/2013 889203  MPIP. Pig Newton (nr) | | Pig Newton | Prepare Stipulation and e-mails with W. Zuckerman re: same. | 0.10 |
| Total: 12/10/2013 | | | | 0.10 |
| 12/19/2013 889195  MPIP. Pig Newton (nr) | | Pig Newton | E-mails with B. Zuckerman re: Stipulation and prepare notices with appearance. | 0.10 |
| Total: 12/19/2013 | | | | 0.10 |

| 4/8/2015 | | Spivak Lipton LLP | | | |
| 4:04 PM | | SL Daily Weekly Attorney Time Report | | Page | 4 |

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| 12/20/2013 | 889132 MPIP. Pig Newton (nr) | Pig Newton | E-mails with E. O'Leary re: Stipulation. | 0.10 |
| Total: 12/20/2013 | | | | 0.10 |
| 12/23/2013 | 890366 MPIP. Pig Newton (nr) | Pig Newton | E-mails with E. O'Leary and Court re: Stipulation (6 mins.); Review initial pretrial conference order (6 mins). | 0.20 |
| Total: 12/23/2013 | | | | 0.20 |
| Total: GC | | | | 7.50 |
| Grand Total | | | | 11.70 |