# EXHIBIT B

| 4/8/2015 | Spivak Lipton LLP | |
|---|---|---|
| 4:11 PM | SL Daily Weekly Attorney Time Report | Page    1 |

---

Selection Criteria

---

| Slip.Transaction Dat | 1/1/2014 - 12/31/2014 |
|---|---|
| Clie.Selection | Include: MPIP. Pig Newton (nr) |
| Time.Selection | Include: Time |

---

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| **Attorney: DD** | | | | |
| 2/7/2014 | 893391  MPIP. Pig Newton (nr) | Pig Newton | Review answer and counterclaim; conference with Gillian Costello re:same. | 1.25 |
| Total: 2/7/2014 | | | | |
| | | | | 1.25 |
| 2/21/2014 | 894119  MPIP. Pig Newton (nr) | Pig Newton | Review discovery requests; conference with Gillian Costello re: same | 0.40 |
| Total: 2/21/2014 | | | | |
| | | | | 0.40 |
| 7/14/2014 | 909843  MPIP. Pig Newton (nr) | Pig Newton | Email with Frank Moss and Glenda Malave re: summary judgment papers filing issue. | 0.10 |
| Total: 7/14/2014 | | | | |
| | | | | 0.10 |
| 8/8/2014 | 912450  MPIP. Pig Newton (nr) | Pig Newton | Legal research and conference with Gillian Costello re: summary judgment reply brief. | 0.40 |
| Total: 8/8/2014 | | | | |
| | | | | 0.40 |
| 8/13/2014 | 914574  MPIP. Pig Newton (nr) | Pig Newton | Review summary judgment reply brief. | 1.20 |
| Total: 8/13/2014 | | | | |
| | | | | 1.20 |

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page   2

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| Total: DD | | | | 3.35 |

**Attorney: FM**

| 1/3/2014 | 891236 MPIP. Pig Newton (nr) | Pig Newton | Review and edit letter and proposed Care Management Plan to Judge Failla and Intra-office conference regarding same. | 0.60 |
| Total: 1/3/2014 | | | | 0.60 |
| 1/7/2014 | 891256 MPIP. Pig Newton (nr) | Pig Newton | Review Trust Agreement and CBA in preparation for court conference. | 0.40 |
| Total: 1/7/2014 | | | | 0.40 |
| 1/9/2014 | 891268 MPIP. Pig Newton (nr) | Pig Newton | Prepare for and attend conference with Judge Polk Failla. | 2.40 |
| Total: 1/9/2014 | | | | 2.40 |
| 1/10/2014 | 891282 MPIP. Pig Newton (nr) | Pig Newton | Call with P. Dickinson re similar issue; review court orders. | 0.30 |
| Total: 1/10/2014 | | | | 0.30 |
| 1/13/2014 | 891304 MPIP. Pig Newton (nr) | Pig Newton | Review coverage letter and guidelines. | 0.20 |
| Total: 1/13/2014 | | | | 0.20 |
| 1/17/2014 | 891359 MPIP. Pig Newton (nr) | Pig Newton | Call with K. Halford re factual background and analysis; edit initial disclosures. | 0.40 |

4/8/2015                    Spivak Lipton LLP
4:12 PM            SL Daily Weekly Attorney Time Report             Page    3

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| Total: 1/17/2014 | | | | |
| | | | | 0.40 |
| 1/22/2014 | 891377 MPIP. Pig Newton (nr) | Pig Newton | Edit initial disclosure and Intra-office conference re same; review info provided by Plan Staff. | 0.50 |
| Total: 1/22/2014 | | | | |
| | | | | 0.50 |
| 1/23/2014 | 893282 MPIP. Pig Newton (nr) | Pig Newton | Emails with E. O'Leary; review contribution info. | 0.20 |
| Total: 1/23/2014 | | | | |
| | | | | 0.20 |
| 1/24/2014 | 893285 MPIP. Pig Newton (nr) | Pig Newton | Call with R. Carmen | 0.20 |
| Total: 1/24/2014 | | | | |
| | | | | 0.20 |
| 1/31/2014 | 893396 MPIP. Pig Newton (nr) | Pig Newton | Prepare status summary for Plan Committee. | 0.20 |
| Total: 1/31/2014 | | | | |
| | | | | 0.20 |
| 2/4/2014 | 893783 MPIP. Pig Newton (nr) | Pig Newton | Review cases; edit answer. | 0.60 |
| Total: 2/4/2014 | | | | |
| | | | | 0.60 |
| 2/6/2014 | 893813 MPIP. Pig Newton (nr) | Pig Newton | Edit answer. | 0.50 |
| Total: 2/6/2014 | | | | |
| | | | | 0.50 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page      4

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 2/7/2014 | 893816 MPIP. Pig Newton (nr) | Pig Newton | Review documents; Intra-office conference and edit answer and counterclaim. | 0.60 |
| 2/7/2014 | 893818 MPIP. Pig Newton (nr) | Pig Newton | Discuss discovery strategy. | 0.10 |
| Total: 2/7/2014 | | | | 0.70 |
| 2/11/2014 | 894149 MPIP. Pig Newton (nr) | Pig Newton | Edit report to carrier. | 0.20 |
| Total: 2/11/2014 | | | | 0.20 |
| 2/12/2014 | 894156 MPIP. Pig Newton (nr) | Pig Newton | Call with R. Carmen; edit report to carrier. | 0.60 |
| Total: 2/12/2014 | | | | 0.60 |
| 2/13/2014 | 894434 MPIP. Pig Newton (nr) | Pig Newton | Proofread submission to Chartis. | 0.10 |
| Total: 2/13/2014 | | | | 0.10 |
| 2/19/2014 | 894459 MPIP. Pig Newton (nr) | Pig Newton | Edit discovery request and interrogatories | 0.30 |
| Total: 2/19/2014 | | | | 0.30 |
| 2/20/2014 | 894698 MPIP. Pig Newton (nr) | Pig Newton | Summary report for legal Committee of Plan. | 0.10 |
| Total: 2/20/2014 | | | | 0.10 |
| 2/27/2014 | 894748 MPIP. Pig Newton (nr) | Pig Newton | Review discovery request and emails with client re: same. | 0.20 |

4/8/2015                                   Spivak Lipton LLP
4:12 PM                        SL Daily Weekly Attorney Time Report                    Page       5

| Date | Slip# | Client | Matter | Description | Hours |
|------|-------|--------|--------|-------------|-------|
| Total: 2/27/2014 | | | | | |
| | | | | | 0.20 |
| 3/17/2014 | 898580 | MPIP. Pig Newton (nr) | Pig Newton | Emails with various attorneys re. plaintiff's discovery demands. | 0.50 |
| Total: 3/17/2014 | | | | | |
| | | | | | 0.50 |
| 3/18/2014 | 898586 | MPIP. Pig Newton (nr) | Pig Newton | Emails with D. Short re: discovery timing. | 0.10 |
| 3/18/2014 | 898590 | MPIP. Pig Newton (nr) | Pig Newton | Emails with P. Dickinson re. discovery. | 0.10 |
| Total: 3/18/2014 | | | | | |
| | | | | | 0.20 |
| 3/19/2014 | 898862 | MPIP. Pig Newton (nr) | Pig Newton | Emails with D. Dickenson re. discovery production and Intra-office conference re. same. | 0.20 |
| 3/19/2014 | 898871 | MPIP. Pig Newton (nr) | Pig Newton | Review legal memos in related case. | 0.20 |
| Total: 3/19/2014 | | | | | |
| | | | | | 0.40 |
| 3/20/2014 | 898877 | MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re. discovery. | 0.10 |
| 3/20/2014 | 898878 | MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re. possible settlement parameters. | 0.10 |
| Total: 3/20/2014 | | | | | |
| | | | | | 0.20 |
| 3/21/2014 | 898884 | MPIP. Pig Newton (nr) | Pig Newton | Emails with P. Dickinson and W. Cole re. discovery production. | 0.20 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page        6

| Date | Slip#Client | | Matter | Description | Hours |
|------|-------|------|--------|-------------|-------|
| | | | | | |
| Total: 3/21/2014 | | | | | |
| | | | | | 0.20 |
| | | | | | |
| 3/25/2014 | 898598 | MPIP. Pig Newton (nr) | Pig Newton | Review discovery documents to be produced for relevance and privilege and emails re. same. | 0.70 |
| Total: 3/25/2014 | | | | | |
| | | | | | 0.70 |
| | | | | | |
| 3/27/2014 | 898624 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production. | 1.40 |
| Total: 3/27/2014 | | | | | |
| | | | | | 1.40 |
| | | | | | |
| 3/28/2014 | 898631 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production and redaction. | 2.30 |
| Total: 3/28/2014 | | | | | |
| | | | | | 2.30 |
| | | | | | |
| 3/30/2014 | 898638 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for production redaction and privilege. | 1.50 |
| Total: 3/30/2014 | | | | | |
| | | | | | 1.50 |
| | | | | | |
| 3/31/2014 | 898642 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production. | 1.90 |
| 3/31/2014 | 899152 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production. | 1.90 |
| Total: 3/31/2014 | | | | | |
| | | | | | 3.80 |
| | | | | | |
| 4/1/2014 | 899512 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production and privilege and Intra-office conference re: same. | 1.00 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    7

| Date | Slip#Client | | Matter | Description | Hours |
|------|------|------|--------|-------------|-------|
| Total: 4/1/2014 | | | | | |
| | | | | | 1.00 |
| 4/2/2014 | 899517 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production and privilege. | 1.10 |
| Total: 4/2/2014 | | | | | |
| | | | | | 1.10 |
| 4/3/2014 | 899552 | MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with W. Zuckerman re: possible settlement. | 0.20 |
| 4/3/2014 | 899553 | MPIP. Pig Newton (nr) | Pig Newton | Review documents re: potential settlement. | 0.30 |
| 4/3/2014 | 899554 | MPIP. Pig Newton (nr) | Pig Newton | Review plaintiff's document production and Intra-office conference re: same. | 2.40 |
| 4/3/2014 | 899562 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for production and Intra-office conference re: same. | 0.20 |
| Total: 4/3/2014 | | | | | |
| | | | | | 3.10 |
| 4/4/2014 | 899532 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for production and Intra-office conference re: same. | 0.20 |
| Total: 4/4/2014 | | | | | |
| | | | | | 0.20 |
| 4/7/2014 | 899567 | MPIP. Pig Newton (nr) | Pig Newton | Review documents for deposition questioning. | 0.30 |
| Total: 4/7/2014 | | | | | |
| | | | | | 0.30 |
| 4/8/2014 | 899569 | MPIP. Pig Newton (nr) | Pig Newton | No charge: Attend Louis Szekely's deposition with Gillian Costello. | 4.00 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page      8

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 4/8/2014 | 899573  MPIP. Pig Newton (nr) | Pig Newton | Review documents; Memo to Legal Committee re: litigation and settlement parameters. | 2.50 |
| Total: 4/8/2014 | | | | 6.50 |
| 4/9/2014 | 899574  MPIP. Pig Newton (nr) | Pig Newton | Memo to Joint Legal Committee. | 0.90 |
| 4/9/2014 | 899581  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with Plaintiffs attorney, Bill Zuckerman re: merits and amended complaint. | 0.20 |
| Total: 4/9/2014 | | | | 1.10 |
| 4/10/2014 | 899588  MPIP. Pig Newton (nr) | Pig Newton | Revise memo to Legal Committee; Review CBA's. | 0.80 |
| 4/10/2014 | 899595  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with K. Halford; E-mails with W. Cole re: settlement possibilities. | 0.30 |
| 4/10/2014 | 899597  MPIP. Pig Newton (nr) | Pig Newton | Review and revise draft amended answer and counter claim. | 0.30 |
| Total: 4/10/2014 | | | | 1.40 |
| 4/11/2014 | 899631  MPIP. Pig Newton (nr) | Pig Newton | Review case law re: Amended counterclaim and edit counterclaim. | 0.30 |
| 4/11/2014 | 899632  MPIP. Pig Newton (nr) | Pig Newton | E-mail with Plan Staff re: Legal Committee memo. | 0.10 |
| 4/11/2014 | 899633  MPIP. Pig Newton (nr) | Pig Newton | Finalize Legal Committee memo. | 0.20 |
| 4/11/2014 | 899641  MPIP. Pig Newton (nr) | Pig Newton | E-mails with W. Zuckerman. | 0.10 |

4/8/2015                          Spivak Lipton LLP
4:12 PM              SL Daily Weekly Attorney Time Report                    Page    9

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | | |
| Total: 4/11/2014 | | | | |
| | | | | 0.70 |
| 4/14/2014 | 899888 MPIP. Pig Newton (nr) | Pig Newton | Revise draft amended answer and counterclaim. | 0.20 |
| Total: 4/14/2014 | | | | |
| | | | | 0.20 |
| 4/18/2014 | 899957 MPIP. Pig Newton (nr) | Pig Newton | E-mail with W. Zuckerman re: amended answer. | 0.10 |
| Total: 4/18/2014 | | | | |
| | | | | 0.10 |
| 4/22/2014 | 900384 MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re: meeting of Plan Legal Committee re: possible settlement and re: amended answer. | 0.20 |
| Total: 4/22/2014 | | | | |
| | | | | 0.20 |
| 4/23/2014 | 900403 MPIP. Pig Newton (nr) | Pig Newton | Review documents for production. | 0.20 |
| Total: 4/23/2014 | | | | |
| | | | | 0.20 |
| 4/24/2014 | 900418 MPIP. Pig Newton (nr) | Pig Newton | Review discovery documents and letter for production. | 0.10 |
| Total: 4/24/2014 | | | | |
| | | | | 0.10 |
| 4/25/2014 | 900436 MPIP. Pig Newton (nr) | Pig Newton | Confer re: amended answer and procedures. | 0.10 |
| Total: 4/25/2014 | | | | |
| | | | | 0.10 |

4/8/2015                           Spivak Lipton LLP
4:12 PM                   SL Daily Weekly Attorney Time Report                    Page      10

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 4/28/2014 | 900570  MPIP. Pig Newton (nr) | Pig Newton | Review documents to be produced. | 0.30 |
| Total: 4/28/2014 | | | | 0.30 |
| 4/29/2014 | 900595  MPIP. Pig Newton (nr) | Pig Newton | Review documents for discovery production. | 0.20 |
| Total: 4/29/2014 | | | | 0.20 |
| 4/30/2014 | 902351  MPIP. Pig Newton (nr) | Pig Newton | Review correspondence. | 0.10 |
| Total: 4/30/2014 | | | | 0.10 |
| 5/8/2014 | 902935  MPIP. Pig Newton (nr) | | Intra-office conference re: summary judgment letter. | 0.10 |
| Total: 5/8/2014 | | | | 0.10 |
| 5/12/2014 | 902993  MPIP. Pig Newton (nr) | | Intra-office conference; Finalize and file letter to Judge Failla. | 0.40 |
| Total: 5/12/2014 | | | | 0.40 |
| 5/13/2014 | 903005  MPIP. Pig Newton (nr) | | Review Plaintiff's letter to court. | 0.20 |
| Total: 5/13/2014 | | | | 0.20 |
| 5/14/2014 | 903315  MPIP. Pig Newton (nr) | | Research and edit reply letter to Judge Failla. | 1.10 |
| Total: 5/14/2014 | | | | 1.10 |

4/8/2015                                     Spivak Lipton LLP
4:12 PM                           SL Daily Weekly Attorney Time Report                    Page    11

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 5/16/2014 | 903357  MPIP. Pig Newton (nr) | | Prepare for summary judgment conference. | 0.50 |
| Total: 5/16/2014 | | | | |
| | | | | 0.50 |
| 5/20/2014 | 903550  MPIP. Pig Newton (nr) | | Prepare for and attend summary judgment conference  with Judge Failla. | 2.50 |
| Total: 5/20/2014 | | | | |
| | | | | 2.50 |
| 5/21/2014 | 903774  MPIP. Pig Newton (nr) | | Intra-office conference re: status conference and summary judgment strategy. | 0.20 |
| Total: 5/21/2014 | | | | |
| | | | | 0.20 |
| 5/22/2014 | 903784  MPIP. Pig Newton (nr) | | Research re: summary judgment. | 0.30 |
| Total: 5/22/2014 | | | | |
| | | | | 0.30 |
| 5/29/2014 | 903888  MPIP. Pig Newton (nr) | | Telephone conference with K. Halford re: case status. | 0.10 |
| Total: 5/29/2014 | | | | |
| | | | | 0.10 |
| 5/30/2014 | 904018  MPIP. Pig Newton (nr) | | Review conference transcript and Intra-office conference re: same. | 0.20 |
| Total: 5/30/2014 | | | | |
| | | | | 0.20 |
| 6/11/2014 | 906517  MPIP. Pig Newton (nr) | Pig Newton | Review e-mails re: confidentiality order and additional documents. | 0.10 |

4/8/2015                              Spivak Lipton LLP
4:12 PM                    SL Daily Weekly Attorney Time Report                        Page    12

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| Total: 6/11/2014 | | | | |
| | | | | 0.10 |
| 6/12/2014   907436   MPIP. Pig Newton (nr) | | Pig Newton | Intra-office conference re: confidentiality order and additional discovery. | 0.10 |
| Total: 6/12/2014 | | | | |
| | | | | 0.10 |
| 6/17/2014   907557   MPIP. Pig Newton (nr) | | Pig Newton | Review documents to be produced. | 0.20 |
| Total: 6/17/2014 | | | | |
| | | | | 0.20 |
| 6/30/2014   909180   MPIP. Pig Newton (nr) | | Pig Newton | Draft and edit summary judgment brief. | 1.60 |
| 6/30/2014   909186   MPIP. Pig Newton (nr) | | Pig Newton | Telephone conference with R. Carmen; Intra-office conference re: pre-2013 correspondence. | 0.20 |
| Total: 6/30/2014 | | | | |
| | | | | 1.80 |
| 7/1/2014   909683   MPIP. Pig Newton (nr) | | Pig Newton | Draft summary judgment papers. | 1.50 |
| Total: 7/1/2014 | | | | |
| | | | | 1.50 |
| 7/8/2014   909626   MPIP. Pig Newton (nr) | | Pig Newton | Research and edit summary judgment brief. | 1.00 |
| Total: 7/8/2014 | | | | |
| | | | | 1.00 |
| 7/9/2014   909637   MPIP. Pig Newton (nr) | | Pig Newton | Review E. O'Leary e-mails; Intra-office conference re: joint appendix; Review Trust Agreement for affidavits. | 0.30 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    13

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 7/9/2014 | 909638  MPIP. Pig Newton (nr) | Pig Newton | Confer with Director Kutak re: affidavit. | 0.10 |
| Total: 7/9/2014 | | | | 0.40 |
| 7/10/2014 | 909714  MPIP. Pig Newton (nr) | Pig Newton | Research re: summary judgment brief; Review and critique proposed joint appendix; Edit brief. | 1.20 |
| Total: 7/10/2014 | | | | 1.20 |
| 7/11/2014 | 909889  MPIP. Pig Newton (nr) | Pig Newton | Review revised computation and Intra-office conference re: same. | 0.20 |
| Total: 7/11/2014 | | | | 0.20 |
| 7/14/2014 | 909896  MPIP. Pig Newton (nr) | Pig Newton | Review e-mail from SDNY and Intra-office conference re: same. | 0.10 |
| Total: 7/14/2014 | | | | 0.10 |
| 7/21/2014 | 910581  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with D. Short re: case status. | 0.20 |
| Total: 7/21/2014 | | | | 0.20 |
| 7/22/2014 | 910587  MPIP. Pig Newton (nr) | Pig Newton | Review pre-2013 correspondence and e-mail with R. Carmen. | 0.20 |
| Total: 7/22/2014 | | | | 0.20 |
| 7/23/2014 | 910601  MPIP. Pig Newton (nr) | Pig Newton | Review Plaintiff's brief. | 0.80 |

4/8/2015                                  Spivak Lipton LLP
4:12 PM                          SL Daily Weekly Attorney Time Report                    Page    14

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 7/23/2014 | 910602 MPIP. Pig Newton (nr) | Pig Newton | Transmit papers to R. Carmen. | 0.10 |
| Total: 7/23/2014 | | | | |
| | | | | 0.90 |
| 7/28/2014 | 910634 MPIP. Pig Newton (nr) | Pig Newton | Analyze Pig Newton brief and conference re: same. | 0.60 |
| Total: 7/28/2014 | | | | |
| | | | | 0.60 |
| 7/30/2014 | 910713 MPIP. Pig Newton (nr) | Pig Newton | E-mails with K. Halford re: case status. | 0.10 |
| Total: 7/30/2014 | | | | |
| | | | | 0.10 |
| 8/1/2014 | 912669 MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re: response to argument in Pig Newton brief. | 0.10 |
| Total: 8/1/2014 | | | | |
| | | | | 0.10 |
| 8/4/2014 | 912695 MPIP. Pig Newton (nr) | Pig Newton | E-mails with R. Kutak re: reply affidavit and follow up. | 0.50 |
| 8/4/2014 | 912700 MPIP. Pig Newton (nr) | Pig Newton | Legal research and intra-office conference re: reply brief. | 0.20 |
| Total: 8/4/2014 | | | | |
| | | | | 0.70 |
| 8/5/2014 | 912704 MPIP. Pig Newton (nr) | Pig Newton | Review exhibits and research for reply brief and Intra-office conference re: same. | 0.70 |
| Total: 8/5/2014 | | | | |
| | | | | 0.70 |
| 8/6/2014 | 912726 MPIP. Pig Newton (nr) | Pig Newton | Draft affidavit for reply papers. | 1.00 |

4/8/2015                                  Spivak Lipton LLP
4:12 PM                           SL Daily Weekly Attorney Time Report                    Page      15

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 8/6/2014 | 912728  MPIP. Pig Newton (nr) | Pig Newton | E-mails with W. Cole re: case status. | 0.10 |
| Total: 8/6/2014 | | | | |
| | | | | 1.10 |
| 8/7/2014 | 912730  MPIP. Pig Newton (nr) | Pig Newton | Edit reply brief draft. | 2.00 |
| Total: 8/7/2014 | | | | |
| | | | | 2.00 |
| 8/11/2014 | 912735  MPIP. Pig Newton (nr) | Pig Newton | Draft and edit summary judgment reply brief. | 1.80 |
| 8/11/2014 | 912736  MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re: reply brief and affidavits and e-mail with R. Kutak re: same. | 0.20 |
| 8/11/2014 | 912739  MPIP. Pig Newton (nr) | Pig Newton | Legal research for reply brief. | 0.20 |
| Total: 8/11/2014 | | | | |
| | | | | 2.20 |
| 8/12/2014 | 912746  MPIP. Pig Newton (nr) | Pig Newton | Edit Rule 56.1 opposition. | 0.30 |
| 8/12/2014 | 912748  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with R. Kutak re: affidavit. | 0.20 |
| 8/12/2014 | 912749  MPIP. Pig Newton (nr) | Pig Newton | Legal research for reply brief. | 0.70 |
| 8/12/2014 | 912750  MPIP. Pig Newton (nr) | Pig Newton | Draft and edit reply brief. | 1.50 |
| Total: 8/12/2014 | | | | |
| | | | | 2.70 |
| 8/13/2014 | 912753  MPIP. Pig Newton (nr) | Pig Newton | Draft reply brief and research related thereto. | 2.90 |
| Total: 8/13/2014 | | | | |
| | | | | 2.90 |

4/8/2015                              Spivak Lipton LLP
4:12 PM                      SL Daily Weekly Attorney Time Report                        Page      16

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 8/14/2014 | 912791 MPIP. Pig Newton (nr) | Pig Newton | Legal research for reply brief. | 0.40 |
| 8/14/2014 | 912792 MPIP. Pig Newton (nr) | Pig Newton | E-mails with W. Cole re: possible affidavit and with Cole and R. Lowe re: documents. | 0.20 |
| 8/14/2014 | 912793 MPIP. Pig Newton (nr) | Pig Newton | Draft and edit reply brief. | 2.00 |
| 8/14/2014 | 912796 MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with R. Kutak re: affidavit and draft affidavit; E-mails re: same. | 1.00 |

Total: 8/14/2014

3.60

| 8/15/2014 | 912798 MPIP. Pig Newton (nr) | Pig Newton | Edit and cite check Rule 56.1 statement. | 1.50 |
| 8/15/2014 | 912800 MPIP. Pig Newton (nr) | Pig Newton | Draft and edit affidavits and e-mails re: same. | 0.50 |
| 8/15/2014 | 912801 MPIP. Pig Newton (nr) | Pig Newton | Edit and cite check summary judgment reply brief. | 2.50 |

Total: 8/15/2014

4.50

| 8/18/2014 | 912816 MPIP. Pig Newton (nr) | Pig Newton | Transmit briefs to R. Carmen. | 0.10 |
| 8/18/2014 | 912817 MPIP. Pig Newton (nr) | Pig Newton | Review Pig Newton opposition brief. | 0.60 |

Total: 8/18/2014

0.70

| 8/22/2014 | 913160 MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference re: amended Rule 56.1 Statement. | 0.10 |

Total: 8/22/2014

0.10

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page     17

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 8/26/2014 | 914221  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with R. Dion; E-mails with R. Dion re: coverage. | 0.20 |
| Total: 8/26/2014 | | | | |
| | | | | 0.20 |
| Total: FM | | | | |
| | | | | 72.50 |

Attorney: GC

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 1/2/2014 | 890797   MPIP. Pig Newton (nr) | Pig Newton | Telephone conference and e-mails with E. O'Leary (12 mins.); Review Judge's rules (6 mins.). | 0.30 |
| Total: 1/2/2014 | | | | |
| | | | | 0.30 |
| 1/3/2014 | 890803   MPIP. Pig Newton (nr) | Pig Newton | Review case file (1:00); Review and edit court submissions (1:54); Review court's rules (12 mins.); E-mails with E. O'Leary and Frank Moss (18 mins.); Telephone conferences with Frank Moss (18 mins.). | 3.40 |
| Total: 1/3/2014 | | | | |
| | | | | 3.40 |
| 1/8/2014 | 893016   MPIP. Pig Newton (nr) | Pig Newton | Prepare documents for conference (6 mins.); Prepare Answer (12 mins.). | 0.30 |
| Total: 1/8/2014 | | | | |
| | | | | 0.30 |
| 1/9/2014 | 893021   MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer. | 0.20 |
| Total: 1/9/2014 | | | | |
| | | | | 0.20 |

4/8/2015                                    Spivak Lipton LLP
4:12 PM                        SL Daily Weekly Attorney Time Report                    Page    18

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 1/10/2014 | 893037  MPIP. Pig Newton (nr) | Pig Newton | Prep Answer (42 mins.); Review scheduling Order (12 mins.); Telephone conference with P. Dickensen and Frank Moss (6 mins.) | 1.00 |
| Total: 1/10/2014 | | | | 1.00 |
| 1/13/2014 | 890863  MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer. | 1.20 |
| 1/13/2014 | 890864  MPIP. Pig Newton (nr) | Pig Newton | Prepare counterclaim. | 0.30 |
| Total: 1/13/2014 | | | | 1.50 |
| 1/14/2014 | 890846  MPIP. Pig Newton (nr) | Pig Newton | Prep Answer. | 0.30 |
| Total: 1/14/2014 | | | | 0.30 |
| 1/15/2014 | 890857  MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer. | 0.20 |
| Total: 1/15/2014 | | | | 0.20 |
| 1/16/2014 | 890907  MPIP. Pig Newton (nr) | Pig Newton | Prepare Initial Disclosures (1:00); Review file re: Initial Disclosures and Answer (1:30); Prepare Answer (24 mins.). | 2.90 |
| Total: 1/16/2014 | | | | 2.90 |
| 1/17/2014 | 893127  MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer (24 mins.); Prepare Initial Disclosures (1:00); Review case documents re: same (1:00); Telephone conference with K. Halford and Frank Moss | 3.00 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    19

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | (18 mins.); Telephone conference with Audit Department (6 mins.); E-mails re: audit (12 mins.). | |
| 1/17/2014 | 893135  MPIP. Pig Newton (nr) | Pig Newton | Research re: counterclaim (30 mins.); Prepare counterclaim (6 mins.). | 0.60 |
| Total: 1/17/2014 | | | | 3.60 |
| 1/21/2014 | 891170  MPIP. Pig Newton (nr) | Pig Newton | E-mail re: updated damages. | 0.10 |
| Total: 1/21/2014 | | | | 0.10 |
| 1/22/2014 | 891212  MPIP. Pig Newton (nr) | Pig Newton | Prepare Initial Disclosures (30 mins.); Telephone conference with W. Legaspi re: monies owed (12 mins.); Prepare letter to insurance carrier (1:00); Review case file (30 mins.). | 2.20 |
| Total: 1/22/2014 | | | | 2.20 |
| 1/23/2014 | 893123  MPIP. Pig Newton (nr) | Pig Newton | E-mails re: Initial Disclosures, calculations, and contributions (6 mins.); Review contributions history (6 mins.). | 0.20 |
| Total: 1/23/2014 | | | | 0.20 |
| 1/27/2014 | 893110  MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer (12 mins.); Review case documents (18 mins.). | 0.50 |
| 1/27/2014 | 893115  MPIP. Pig Newton (nr) | Pig Newton | Research re: counterclaim. | 0.40 |
| Total: 1/27/2014 | | | | 0.90 |

4/8/2015                                      Spivak Lipton LLP
4:12 PM                           SL Daily Weekly Attorney Time Report                          Page    20

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 1/30/2014 | 891629 MPIP. Pig Newton (nr) | Pig Newton | Prepare counterclaim. | 0.30 |
| 1/30/2014 | 891632 MPIP. Pig Newton (nr) | Pig Newton | Prep Answer and Affirmative defenses. | 0.20 |
| Total: 1/30/2014 | | | | 0.50 |
| 2/3/2014 | 891221 MPIP. Pig Newton (nr) | Pig Newton | Prepare counterclaim. | 1.30 |
| 2/3/2014 | 894623 MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer. | 0.40 |
| Total: 2/3/2014 | | | | 1.70 |
| 2/4/2014 | 894682 MPIP. Pig Newton (nr) | Pig Newton | Intra-office conference with Frank Moss re: Answer (6 mins.); Review edits to Answer (6 mins.). | 0.20 |
| Total: 2/4/2014 | | | | 0.20 |
| 2/5/2014 | 893700 MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer (36 mins.); E-mails with W. Ligaspo (6 mins.). | 0.70 |
| 2/5/2014 | 893701 MPIP. Pig Newton (nr) | Pig Newton | Prepare Counterclaim (1:30); Review case file re: counterclaim (2:00); Review cases for counterclaim (30 mins.). | 4.00 |
| Total: 2/5/2014 | | | | 4.70 |
| 2/6/2014 | 891444 MPIP. Pig Newton (nr) | Pig Newton | Prepare Answer (1:54); Telephone conference with Plan office (6 mins.). | 2.00 |
| 2/6/2014 | 892798 MPIP. Pig Newton (nr) | Pig Newton | Prepare counterclaim. | 2.00 |

4/8/2015                                   Spivak Lipton LLP
4:12 PM                          SL Daily Weekly Attorney Time Report                    Page    21

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| Total: 2/6/2014 | | | | 4.00 |
| 2/7/2014   894684   MPIP. Pig Newton (nr) | | Pig Newton | Prepare Answer (1:00); Telephone conferences with Plan office re: facts (30 mins.); E-mails with Plan office (12 mins.); Review documents re: facts (2:00). | 3.70 |
| 2/7/2014   894688   MPIP. Pig Newton (nr) | | Pig Newton | Prepare and file Counterclaim (4:00); Review Collective Bargaining Agreements (30 mins.). | 4.50 |
| Total: 2/7/2014 | | | | 8.20 |
| 2/10/2014   893846   MPIP. Pig Newton (nr) | | Pig Newton | Review revised trust documents from Plan. | 0.10 |
| Total: 2/10/2014 | | | | 0.10 |
| 2/11/2014   893694   MPIP. Pig Newton (nr) | | Pig Newton | Prepare letter to Insurance carrier (36 mins.); Edit initial disclosures (18 mins.); Review case documents for initial disclosures (6 mins.). | 1.00 |
| Total: 2/11/2014 | | | | 1.00 |
| 2/12/2014   893765   MPIP. Pig Newton (nr) | | Pig Newton | Prepare letter and budget information to Insurance carrier. | 0.60 |
| Total: 2/12/2014 | | | | 0.60 |
| 2/13/2014   894709   MPIP. Pig Newton (nr) | | Pig Newton | Revise attorney report and e-mail same to Insurance carrier (18 mins.); Prepare discovery requests (1:42). | 2.00 |

4/8/2015                  Spivak Lipton LLP
4:12 PM          SL Daily Weekly Attorney Time Report          Page    22

| Date | Slip# | Client | Matter | Description | Hours |
|------|-------|--------|--------|-------------|-------|
| Total: 2/13/2014 | | | | | |
| | | | | | 2.00 |
| 2/14/2014 | 894063 | MPIP. Pig Newton (nr) | Pig Newton | Telephone conference and e-mails with E. O'Leary (6 mins.). | 0.10 |
| Total: 2/14/2014 | | | | | |
| | | | | | 0.10 |
| 2/18/2014 | 894718 | MPIP. Pig Newton (nr) | Pig Newton | Prepare document requests and interrogatories. | 1.10 |
| Total: 2/18/2014 | | | | | |
| | | | | | 1.10 |
| 2/19/2014 | 894121 | MPIP. Pig Newton (nr) | Pig Newton | Prepare and edit discovery requests. | 0.25 |
| Total: 2/19/2014 | | | | | |
| | | | | | 0.25 |
| 2/21/2014 | 894228 | MPIP. Pig Newton (nr) | Pig Newton | Prepare and edit discovery and initial disclosures for service (1:24); Draft letter and e-mail re: same to counsel (6 mins.). | 1.50 |
| Total: 2/21/2014 | | | | | |
| | | | | | 1.50 |
| 2/24/2014 | 894187 | MPIP. Pig Newton (nr) | Pig Newton | Review Plaintiff's Initial Disclosures and discovery demands. | 0.30 |
| Total: 2/24/2014 | | | | | |
| | | | | | 0.30 |
| 2/25/2014 | 894391 | MPIP. Pig Newton (nr) | Pig Newton | Prepare responses to discovery requests. | 0.50 |
| Total: 2/25/2014 | | | | | |
| | | | | | 0.50 |

4/8/2015                          Spivak Lipton LLP
4:12 PM                  SL Daily Weekly Attorney Time Report                    Page    23

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 2/28/2014 | 895815  MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with E. O'Leary (6 mins.); E-mail with J. Nicholson re: discovery (6 mins.); Review discovery requests (12 mins.). | 0.40 |
| Total: 2/28/2014 | | | | |
| | | | | 0.40 |
| 3/3/2014 | 896183  MPIP. Pig Newton (nr) | Pig Newton | E-mail with E. O'Leary re: deposition (6 mins.); Review Answer (6 mins.). | 0.20 |
| Total: 3/3/2014 | | | | |
| | | | | 0.20 |
| 3/4/2014 | 896195  MPIP. Pig Newton (nr) | Pig Newton | E-mails with J. Nicholson, V. Fins and S. Zuniga re: discovery responses (24 mins.); Telephone conference with V. Fins (18 mins.). | 0.70 |
| Total: 3/4/2014 | | | | |
| | | | | 0.70 |
| 3/5/2014 | 899072  MPIP. Pig Newton (nr) | Pig Newton | E-mails with S. Zuniga re: discovery. | 0.10 |
| Total: 3/5/2014 | | | | |
| | | | | 0.10 |
| 3/6/2014 | 899078  MPIP. Pig Newton (nr) | Pig Newton | E-mails with Plan and counsel re: discovery (12 mins.); Telephone conference with S. Zuniga re: discovery (18 mins.). | 0.50 |
| Total: 3/6/2014 | | | | |
| | | | | 0.50 |
| 3/7/2014 | 896176  MPIP. Pig Newton (nr) | Pig Newton | E-mails with counsel re: deposition. | 0.10 |

4/8/2015                                   Spivak Lipton LLP
4:12 PM                        SL Daily Weekly Attorney Time Report                    Page    24

| Date | Slip#Client | | Matter | Description | Hours |
|------|------|------|--------|-------------|-------|
| | | | | | |
| Total: 3/7/2014 | | | | | |
| | | | | | 0.10 |
| 3/12/2014 | 896351 | MPIP. Pig Newton (nr) | Pig Newton | E-mail with Plan re: discovery. | 0.10 |
| Total: 3/12/2014 | | | | | |
| | | | | | 0.10 |
| 3/14/2014 | 896458 | MPIP. Pig Newton (nr) | Pig Newton | E-mails re: deposition. | 0.10 |
| Total: 3/14/2014 | | | | | |
| | | | | | 0.10 |
| 3/16/2014 | 899148 | MPIP. Pig Newton (nr) | Pig Newton | E-mails with counsel re: discovery. | 0.10 |
| Total: 3/16/2014 | | | | | |
| | | | | | 0.10 |
| 3/17/2014 | 896670 | MPIP. Pig Newton (nr) | Pig Newton | E-mails re: discovery. | 0.20 |
| Total: 3/17/2014 | | | | | |
| | | | | | 0.20 |
| 3/18/2014 | 896574 | MPIP. Pig Newton (nr) | Pig Newton | E-mails with counsel re: discovery (6 mins.); Review discovery responses (6 mins.). | 0.20 |
| Total: 3/18/2014 | | | | | |
| | | | | | 0.20 |
| 3/19/2014 | 896659 | MPIP. Pig Newton (nr) | Pig Newton | E-mails re: discovery. | 0.20 |
| Total: 3/19/2014 | | | | | |
| | | | | | 0.20 |
| 3/20/2014 | 896653 | MPIP. Pig Newton (nr) | Pig Newton | Prepare discovery responses (30 mins.); E-mails and telephone call | 3.30 |

4/8/2015                          Spivak Lipton LLP
4:12 PM              SL Daily Weekly Attorney Time Report                    Page    25

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | with Plan re: documents (18 mins.); Review documents from Plan for discovery (2:30). | |
| Total: 3/20/2014 | | | | |
| | | | | 3.30 |
| 3/21/2014  896773  MPIP. Pig Newton (nr) | | Pig Newton | Review and prepare Plan's documents re: discovery. | 4.90 |
| Total: 3/21/2014 | | | | |
| | | | | 4.90 |
| 3/23/2014  896812  MPIP. Pig Newton (nr) | | Pig Newton | Review and prepare Plan's documents re: discovery. | 2.60 |
| Total: 3/23/2014 | | | | |
| | | | | 2.60 |
| 3/24/2014  899081  MPIP. Pig Newton (nr) | | Pig Newton | Review and prepare Plan documents re: discovery (5 hours and 36 minutes); Telephone conference with E. O'Leary (6 minutes). | 5.70 |
| Total: 3/24/2014 | | | | |
| | | | | 5.70 |
| 3/25/2014  896958  MPIP. Pig Newton (nr) | | Pig Newton | E-mails with W. Cole, Plan, and P. Dickinson (18 mins.); Review documents from W. Cole (6 mins.); Review and prepare documents re: discovery (6:24); Intra-office conference with Frank Moss re: same (30 mins.); Telephone conference with and e-mail with E. O'Leary (12 mins.). | 7.40 |
| Total: 3/25/2014 | | | | |
| | | | | 7.40 |
| 3/26/2014  896926  MPIP. Pig Newton (nr) | | Pig Newton | E-mails with Plan re: discovery (12 mins.); | 2.60 |

4/8/2015                         Spivak Lipton LLP
4:12 PM              SL Daily Weekly Attorney Time Report               Page    26

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| | | | Review and prepare documents re: discovery (2:12); Draft letter to AIG (12 mins.). | |
| Total: 3/26/2014 | | | | 2.60 |
| 3/27/2014 | 899085 MPIP. Pig Newton (nr) | Pig Newton | Prepare discovery responses (30 mins.); E-mails with Plans and counsel re: discovery (12 mins.); Review and prepare documents re: discovery (7:00); Telephone conference with K. Halford (24 mins.); Telephone conference with E. O'Leary (12 mins.); Intra-office conferences with Frank Moss (12 mins.). | 8.50 |
| Total: 3/27/2014 | | | | 8.50 |
| 3/28/2014 | 899088 MPIP. Pig Newton (nr) | Pig Newton | Review documents re: discovery (6:00); Prepare discovery responses (6 mins.); E-mails with Plan and counsel (30 mins.). | 6.60 |
| Total: 3/28/2014 | | | | 6.60 |
| 3/30/2014 | 899144 MPIP. Pig Newton (nr) | Pig Newton | Review and prepare documents re: discovery (11:06); Prepare discovery responses (1:00); E-mails with Frank Moss (30 mins.). | 12.60 |
| Total: 3/30/2014 | | | | 12.60 |
| 3/31/2014 | 899145 MPIP. Pig Newton (nr) | Pig Newton | Review and prepare documents re: discovery (8:06); Telephone conference with E. O'Leary (12 mins.); E-mails with | 8.90 |

4/8/2015                 Spivak Lipton LLP
4:12 PM         SL Daily Weekly Attorney Time Report        Page    27

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | counsel and Plan staff (24 mins.); Prepare discovery responses (12 mins.). | |
| Total: 3/31/2014 | | | | 8.90 |
| 4/1/2014 | 896457 MPIP. Pig Newton (nr) | Pig Newton | Review and prepare documents re: discovery (6.36); E-mails with Plan staff (6 mins.); Telephone conference and e-mails with E. O'Leary (18 mins.); Telephone conference with K. Halford (12 mins.); Telephone conference with P. Egge (12 mins.); Prepare discovery responses (12 mins.). | 7.60 |
| Total: 4/1/2014 | | | | 7.60 |
| 4/2/2014 | 899732 MPIP. Pig Newton (nr) | Pig Newton | Review and prepare documents re: discovery (4:00); E-mails with counsel and staff re: discovery (30 mins.); Telephone conference with E. O'Leary (6 mins.). | 4.60 |
| Total: 4/2/2014 | | | | 4.60 |
| 4/3/2014 | 899792 MPIP. Pig Newton (nr) | Pig Newton | Prepare documents for production (3:00); Prepare discovery responses (1:30); E-mails with counsel and Plan (30 mins.); Prepare for deposition (2:00); Review Plaintiff's document production (2:00); Telephone conference with E. O'Leary (6 mins.); Intra-office conferences with Frank Moss (6 mins.). | 9.20 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    28

| Date | Slip#Client | | Matter | Description | Hours |
|------|-------------|--|--------|-------------|-------|
| | | | | | |
| Total: 4/3/2014 | | | | | |
| | | | | | 9.20 |
| | | | | | |
| 4/4/2014 | 899796 | MPIP. Pig Newton (nr) | Pig Newton | Review Plaintiffs discovery production (3:42); Prepare documents for delivery and draft letter to counsel (2:00); Review documents from Plan (30 mins.); Telephone conference with Plan (6 mins.). | 6.30 |
| Total: 4/4/2014 | | | | | |
| | | | | | 6.30 |
| | | | | | |
| 4/6/2014 | 900390 | MPIP. Pig Newton (nr) | Pig Newton | E-mails with Kauff firm (12 mins.); Prepare for deposition (2:18); Review Plaintiffs discovery responses (2:00). | 4.50 |
| Total: 4/6/2014 | | | | | |
| | | | | | 4.50 |
| | | | | | |
| 4/7/2014 | 900622 | MPIP. Pig Newton (nr) | Pig Newton | Prepare for deposition (7:48); Review and catalogue Plaintiffs discovery production (4:00); E-mails (12 mins.); Review documents from Plan (1:00). | 13.00 |
| Total: 4/7/2014 | | | | | |
| | | | | | 13.00 |
| | | | | | |
| 4/8/2014 | 900655 | MPIP. Pig Newton (nr) | Pig Newton | Prepare for and attend deposition of L. Szekely. | 6.10 |
| Total: 4/8/2014 | | | | | |
| | | | | | 6.10 |
| | | | | | |
| 4/9/2014 | 899393 | MPIP. Pig Newton (nr) | Pig Newton | E-mails with Plan and counsel (6 mins.); Intra-office conferences with Frank Moss (12 mins.); | 0.80 |

4/8/2015                              Spivak Lipton LLP
4:12 PM                     SL Daily Weekly Attorney Time Report                    Page      29

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | Review judge's rules (6 mins.); Edit memo to committee (24 mins.). | |
| Total: 4/9/2014 | | | | 0.80 |
| 4/10/2014   900667   MPIP. Pig Newton (nr) | | Pig Newton | Edit Memo to Legal Committee and e-mails re: same (30 mins.); Review and prepare documents from counsel and Plan (1:24); E-mails with Plan re: same (12 mins.). | 2.10 |
| 4/10/2014   900679   MPIP. Pig Newton (nr) | | Pig Newton | Prepare amended counterclaim, with review of record. | 2.40 |
| Total: 4/10/2014 | | | | 4.50 |
| 4/11/2014   900005   MPIP. Pig Newton (nr) | | Pig Newton | Read Judge Failla decision (12 mins.); Intra-office conferences  re: same and Answer (6 mins.); Edit Answer and Counterclaim (6 mins.). | 0.40 |
| Total: 4/11/2014 | | | | 0.40 |
| 4/22/2014   902372   MPIP. Pig Newton (nr) | | Pig Newton | E-mails with counsel re: Answer and counterclaim (6 mins.); Review documents from Plan (6 mins.); Telephone conference with Frank Moss (6 mins.); Review revised counterclaim (6 mins.). | 0.40 |
| Total: 4/22/2014 | | | | 0.40 |
| 4/23/2014   900297   MPIP. Pig Newton (nr) | | Pig Newton | Research re: amendment of pleadings (24 mins.); Review and prepare documents re: discovery (48 | 3.20 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page     30

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| | | | mins.); Review and summarize deposition transcript (2:00). | |
| Total: 4/23/2014 | | | | |
| | | | | 3.20 |
| 4/24/2014  900320  MPIP. Pig Newton (nr) | | Pig Newton | Review and summarize deposition transcript (3:18); Draft letter to counsel, with document production (12 mins.). | 3.50 |
| Total: 4/24/2014 | | | | |
| | | | | 3.50 |
| 4/25/2014  900365  MPIP. Pig Newton (nr) | | Pig Newton | Review and prepare documents from counsel re: discovery (2:18); Draft Stipulation re: amended pleading (12 mins.); E-mails with Plan and counsel (12 mins.); Review documents and prepare same from Plan re: discovery (2:00). | 4.70 |
| Total: 4/25/2014 | | | | |
| | | | | 4.70 |
| 4/28/2014  902407  MPIP. Pig Newton (nr) | | Pig Newton | Prep Amended Answer and Stip for filing (30 mins.); Draft letter to Court and e-mail counsel (12 mins.); Prepare summary of deposition (1:00); Review and prep Plan documents re: discovery (2:30). | 4.20 |
| Total: 4/28/2014 | | | | |
| | | | | 4.20 |
| 4/29/2014  900644  MPIP. Pig Newton (nr) | | Pig Newton | Prepare documents for production. | 0.20 |
| Total: 4/29/2014 | | | | |
| | | | | 0.20 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    31

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 4/30/2014 | 902367  MPIP. Pig Newton (nr) | Pig Newton | Drafted letters to counsel and send documents re: discovery (18 mins.); Revise privilege log and e-mail re: same (6 mins.). | 0.40 |
| Total: 4/30/2014 | | | | 0.40 |
| 5/2/2014 | 906335  MPIP. Pig Newton (nr) | | Review court's rules re: pre-motion submission. | 0.10 |
| Total: 5/2/2014 | | | | 0.10 |
| 5/5/2014 | 904174  MPIP. Pig Newton (nr) | | E-mails re: case status. | 0.20 |
| Total: 5/5/2014 | | | | 0.20 |
| 5/7/2014 | 904179  MPIP. Pig Newton (nr) | | Research for summary judgment and read caselaw (1:42); Draft letter re: summary judgment (18 mins.). | 2.00 |
| Total: 5/7/2014 | | | | 2.00 |
| 5/8/2014 | 903904  MPIP. Pig Newton (nr) | | E-mails re: insurance (6 mins.); Prepare pre-motion letter (3:00); Research for summary judgment and read case law (2:12). | 5.20 |
| Total: 5/8/2014 | | | | 5.20 |
| 5/9/2014 | 903915  MPIP. Pig Newton (nr) | | Draft letter to court re: summary judgment (2:00); Read case law re: summary judgment (30 mins.). | 2.50 |

4/8/2015                         Spivak Lipton LLP
4:12 PM              SL Daily Weekly Attorney Time Report                    Page    32

| Date | Slip#Client | | Matter | Description | Hours |
|------|-------|------|--------|-------------|-------|
| Total: 5/9/2014 | | | | | |
| | | | | | 2.50 |
| 5/13/2014 | 903969 | MPIP. Pig Newton (nr) | | Review Pig Newton's letter to court (12 mins.); Drafted response letter to court (42 mins.); Research re: summary judgment (1:12); Read case law (24 mins.). | 2.50 |
| Total: 5/13/2014 | | | | | |
| | | | | | 2.50 |
| 5/14/2014 | 903743 | MPIP. Pig Newton (nr) | | Prepare response letter to court (3:00); Research for summary judgment (2:00). | 5.00 |
| Total: 5/14/2014 | | | | | |
| | | | | | 5.00 |
| 5/15/2014 | 903746 | MPIP. Pig Newton (nr) | | Telephone conference with E. O'Leary and Chambers re: pre-motion letters (12 mins.); E-mails with E. O'Leary (6 mins.). | 0.30 |
| Total: 5/15/2014 | | | | | |
| | | | | | 0.30 |
| 5/16/2014 | 903704 | MPIP. Pig Newton (nr) | | Review Answer to Amended Counterclaim. | 0.20 |
| Total: 5/16/2014 | | | | | |
| | | | | | 0.20 |
| 5/19/2014 | 903696 | MPIP. Pig Newton (nr) | | Intra-office conference with Frank Moss re: conference. | 0.10 |
| Total: 5/19/2014 | | | | | |
| | | | | | 0.10 |
| 5/20/2014 | 903699 | MPIP. Pig Newton (nr) | | Review Order re: summary judgment. | 0.10 |

4/8/2015                      Spivak Lipton LLP
4:12 PM            SL Daily Weekly Attorney Time Report          Page    33

| Date | Slip# | Client | Matter | Description | Hours |
|------|-------|--------|--------|-------------|-------|
| Total: 5/20/2014 | | | | | |
| | | | | | 0.10 |
| 5/22/2014 | 903386 | MPIP. Pig Newton (nr) | | E-mail with E. O'Leary (6 mins.); Prepare Confidentiality Stip and Order (24 mins.). | 0.50 |
| Total: 5/22/2014 | | | | | |
| | | | | | 0.50 |
| 5/23/2014 | 903529 | MPIP. Pig Newton (nr) | | E-mail with E. O'Leary. | 0.10 |
| Total: 5/23/2014 | | | | | |
| | | | | | 0.10 |
| 5/27/2014 | 903658 | MPIP. Pig Newton (nr) | | Review case documents. | 0.10 |
| Total: 5/27/2014 | | | | | |
| | | | | | 0.10 |
| 5/28/2014 | 903986 | MPIP. Pig Newton (nr) | | Prepare summary judgment brief. | 2.20 |
| Total: 5/28/2014 | | | | | |
| | | | | | 2.20 |
| 5/29/2014 | 903831 | MPIP. Pig Newton (nr) | | Prepare Summary Judgment brief. | 1.80 |
| Total: 5/29/2014 | | | | | |
| | | | | | 1.80 |
| 5/30/2014 | 903999 | MPIP. Pig Newton (nr) | | Review transcript of conference (18 mins.); Prepare summary judgment brief (2:06). | 2.40 |
| Total: 5/30/2014 | | | | | |
| | | | | | 2.40 |

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    34

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 6/6/2014 | 906819  MPIP. Pig Newton (nr) | Pig Newton | Notices from Court. | 0.10 |
| Total: 6/6/2014 | | | | |
| | | | | 0.10 |
| 6/10/2014 | 906458  MPIP. Pig Newton (nr) | Pig Newton | Prepare summary judgment brief (1:54); Read case law (18 mins.). | 2.20 |
| Total: 6/10/2014 | | | | |
| | | | | 2.20 |
| 6/11/2014 | 906460  MPIP. Pig Newton (nr) | Pig Newton | Research (1:30); Prepare summary judgment brief (3:00); E-mails with counsel (6 mins.); Review Plaintiff's document production (24 mins.). | 5.00 |
| Total: 6/11/2014 | | | | |
| | | | | 5.00 |
| 6/12/2014 | 906871  MPIP. Pig Newton (nr) | Pig Newton | Research for Summary Judgment (2:00); Prepare Summary Judgment brief (3:12); Intra-office conference with Frank Moss (6 mins.); Telephone conference with E. O'Leary and e-mail with E. O'Leary (12 mins.); E-mails with broker (12 mins.); E-mail with S. Zuniga (6 mins.). | 6.00 |
| Total: 6/12/2014 | | | | |
| | | | | 6.00 |
| 6/13/2014 | 907035  MPIP. Pig Newton (nr) | Pig Newton | E-mails with counsel re: Stipulation. | 0.20 |
| Total: 6/13/2014 | | | | |
| | | | | 0.20 |
| 6/16/2014 | 906878  MPIP. Pig Newton (nr) | Pig Newton | E-mails with E. O'Leary and S. Zuniga (12 mins.); Revise | 0.80 |

| Date | Slip#Client | | Matter | Description | Hours |
|------|------|------|--------|-------------|-------|
| | | | | Stipulation (6 mins.); Review so-ordered Stipulation (6 mins.); Prepare Motion for summary judgment (24 mins.). | |
| Total: 6/16/2014 | | | | | |
| | | | | | 0.80 |
| 6/17/2014 | 907064 | MPIP. Pig Newton (nr) | Pig Newton | Review and prepare documents for production (1:00); E-mails with S. Zuniga (6 mins.); Prepare summary judgment brief (1:12). | 2.30 |
| Total: 6/17/2014 | | | | | |
| | | | | | 2.30 |
| 6/18/2014 | 906781 | MPIP. Pig Newton (nr) | Pig Newton | Draft letter to counsel and send documents (30 mins.); Prepare summary judgment brief (30 mins.). | 1.00 |
| Total: 6/18/2014 | | | | | |
| | | | | | 1.00 |
| 6/19/2014 | 907122 | MPIP. Pig Newton (nr) | Pig Newton | Research for summary judgment (2:00); Prepare summary judgment brief (3:12). | 5.20 |
| Total: 6/19/2014 | | | | | |
| | | | | | 5.20 |
| 6/24/2014 | 907707 | MPIP. Pig Newton (nr) | Pig Newton | Prepare Summary judgment brief. | 1.20 |
| Total: 6/24/2014 | | | | | |
| | | | | | 1.20 |
| 6/26/2014 | 907577 | MPIP. Pig Newton (nr) | Pig Newton | Prepare summary judgment brief. | 3.00 |

4/8/2015                              Spivak Lipton LLP
4:12 PM                       SL Daily Weekly Attorney Time Report                    Page      36

| Date | Slip#Client | | Matter | Description | Hours |
|------|------|------|--------|-------------|-------|
| Total: 6/26/2014 | | | | | |
| | | | | | 3.00 |
| 6/27/2014 | 907625 | MPIP. Pig Newton (nr) | Pig Newton | Prepare summary judgment brief. | 1.70 |
| Total: 6/27/2014 | | | | | |
| | | | | | 1.70 |
| 6/30/2014 | 909146 | MPIP. Pig Newton (nr) | Pig Newton | Prepare summary judgment brief. | 2.20 |
| Total: 6/30/2014 | | | | | |
| | | | | | 2.20 |
| 7/1/2014 | 906842 | MPIP. Pig Newton (nr) | Pig Newton | Prep Summary judgment brief (2:36); Research re: brief (2:00). | 4.60 |
| Total: 7/1/2014 | | | | | |
| | | | | | 4.60 |
| 7/2/2014 | 900466 | MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with S. Zuniga (12 mins.); Prepare Rule 56 Statement (1:00); Prepare summary judgment brief (1:00). | 2.20 |
| Total: 7/2/2014 | | | | | |
| | | | | | 2.20 |
| 7/7/2014 | 909491 | MPIP. Pig Newton (nr) | Pig Newton | Prep summary judgment brief (1:18); E-mails with W. Legaspi and S. Zuniga (12 mins.); Prepare Declarations (1:30). | 3.00 |
| Total: 7/7/2014 | | | | | |
| | | | | | 3.00 |
| 7/8/2014 | 909539 | MPIP. Pig Newton (nr) | Pig Newton | Prep Declarations (1:00); E-mails with S. Zuniga (6 mins.); E-mails with E. O'Leary (6 mins.); Prep | 6.00 |

4/8/2015                                    Spivak Lipton LLP
4:12 PM                          SL Daily Weekly Attorney Time Report                        Page    37

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | cites (3:36); Edit brief (1:00); Prepare notice (12 mins.). | |

Total: 7/8/2014

6.00

| 7/9/2014 | 909812 MPIP. Pig Newton (nr) | Pig Newton | Telephone conference with S. Zuniga (6 mins.); Prepare declarations (12 mins.); Prepare Rule 56.1 statement and brief (5:42); E-mails with Plan and counsel (12 mins.). | 6.20 |

Total: 7/9/2014

6.20

| 7/10/2014 | 909874 MPIP. Pig Newton (nr) | Pig Newton | Prepare all summary judgment papers for filing (12:00); Telephone conferences and e-mails with Plan re: papers (18 mins.); Telephone conferences and e-mails with Kauff firm re: joint appendix (12 mins.); Review joint appendix (30 mins.). | 13.00 |

Total: 7/10/2014

13.00

| 7/11/2014 | 909752 MPIP. Pig Newton (nr) | Pig Newton | Prepare and file all motion papers (12:30); Telephone conferences and e-mails with Plan (30 mins.). | 13.00 |

Total: 7/11/2014

13.00

| 7/22/2014 | 910540 MPIP. Pig Newton (nr) | Pig Newton | Review filings. | 0.10 |

Total: 7/22/2014

0.10

4/8/2015
4:12 PM

Spivak Lipton LLP
SL Daily Weekly Attorney Time Report

Page    38

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 7/25/2014 | 910429  MPIP. Pig Newton (nr) | Pig Newton | Review plaintiff's papers for reply. | 0.50 |
| Total: 7/25/2014 | | | | |
| | | | | 0.50 |
| 7/28/2014 | 910543  MPIP. Pig Newton (nr) | Pig Newton | Review plaintiff's papers and prep points for reply (2:00); Intra-office conference with Frank Moss (18 mins.); E-mail with Plans re: reply (6 mins.); Read cases re: same (18 mins.); Prep reply (18 mins.). | 3.00 |
| Total: 7/28/2014 | | | | |
| | | | | 3.00 |
| 7/29/2014 | 910766  MPIP. Pig Newton (nr) | Pig Newton | Read cases re: opposition brief (2:00); Prepare brief (42 mins.). | 2.70 |
| Total: 7/29/2014 | | | | |
| | | | | 2.70 |
| 7/30/2014 | 910741  MPIP. Pig Newton (nr) | Pig Newton | Read cases for opposition. | 0.70 |
| Total: 7/30/2014 | | | | |
| | | | | 0.70 |
| 7/31/2014 | 910734  MPIP. Pig Newton (nr) | Pig Newton | Prep reply brief (24 mins.); Read cases re: same (24 mins.). | 0.70 |
| Total: 7/31/2014 | | | | |
| | | | | 0.70 |
| 8/1/2014 | 912611  MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (3:24); E-mails with S. Zuniga (6 mins.). | 3.50 |
| Total: 8/1/2014 | | | | |
| | | | | 3.50 |

| 4/8/2015 | Spivak Lipton LLP | | |
| 4:12 PM | SL Daily Weekly Attorney Time Report | Page | 39 |

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| 8/3/2014 | 912615 MPIP. Pig Newton (nr) | Pig Newton | Prepare and edit reply brief. | 2.00 |
| Total: 8/3/2014 | | | | 2.00 |
| 8/4/2014 | 910287 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (3:54); Prepare Rule 56 response (1:00); E-mail with S. Zuniga (6 mins.); Read cases re: reply (6 mins.). | 5.10 |
| Total: 8/4/2014 | | | | 5.10 |
| 8/5/2014 | 912642 MPIP. Pig Newton (nr) | Pig Newton | Prepare opposition brief (5:30); E-mails with S. Zuniga re: case facts (6 mins.); Review Plaintiff's papers (24 mins.). | 6.00 |
| Total: 8/5/2014 | | | | 6.00 |
| 8/6/2014 | 912630 MPIP. Pig Newton (nr) | Pig Newton | Prep reply brief. | 5.00 |
| Total: 8/6/2014 | | | | 5.00 |
| 8/7/2014 | 912581 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (4:30); E-mails with Plan (6 mins.); Research for reply (2:00). | 6.60 |
| Total: 8/7/2014 | | | | 6.60 |
| 8/8/2014 | 912651 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (6:30); Research for brief (20 mins.); E-mails with Plan (12 mins.). | 7.20 |
| Total: 8/8/2014 | | | | 7.20 |

4/8/2015  
4:12 PM  

Spivak Lipton LLP  
SL Daily Weekly Attorney Time Report  

Page   40

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| 8/9/2014 | 912654 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (5:30); Research re: same (1:00); E-mails with Plan (6 mins.); Prepare rule 56.1 (1:00). | 7.60 |
| Total: 8/9/2014 | | | | 7.60 |
| 8/11/2014 | 912655 MPIP. Pig Newton (nr) | Pig Newton | E-mails with Plan (12 mins.); Prepare opposition brief (3:12); Prepare declaration (6 mins.). | 3.50 |
| Total: 8/11/2014 | | | | 3.50 |
| 8/12/2014 | 912570 MPIP. Pig Newton (nr) | Pig Newton | Research for brief (1:00); Prepare reply brief (5:00); Prepare papers for filing (1:30); Review case file re: same (1:00). | 8.50 |
| Total: 8/12/2014 | | | | 8.50 |
| 8/13/2014 | 912564 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief (3:42); Review case file re: same (18 mins.); Prepare declarations (30 mins.). | 4.50 |
| Total: 8/13/2014 | | | | 4.50 |
| 8/14/2014 | 912600 MPIP. Pig Newton (nr) | Pig Newton | Prepare reply brief, declaration, R. 56.1 response (11:30); E-mails with plan (18 mins.). | 11.80 |
| Total: 8/14/2014 | | | | 11.80 |
| 8/15/2014 | 914206 MPIP. Pig Newton (nr) | Pig Newton | Prepare all opposition papers for filing (11:24); E-mails with Plans (18 mins.); Oversee filing and | 12.30 |

4/8/2015                                        Spivak Lipton LLP
4:12 PM                              SL Daily Weekly Attorney Time Report                    Page    41

| Date | Slip#Client | Matter | Description | Hours |
|------|-------------|--------|-------------|-------|
| | | | courtesy copies (18 mins.); Draft letter to Judge (18 mins.). | |
| Total: 8/15/2014 | | | | |
| | | | | 12.30 |
| 8/19/2014  912911  MPIP. Pig Newton (nr) | | Pig Newton | Review plaintiff's papers and submissions to court. | 0.50 |
| Total: 8/19/2014 | | | | |
| | | | | 0.50 |
| 8/20/2014  912905  MPIP. Pig Newton (nr) | | Pig Newton | Review summary judgment papers. | 0.50 |
| Total: 8/20/2014 | | | | |
| | | | | 0.50 |
| 8/21/2014  914279  MPIP. Pig Newton (nr) | | Pig Newton | Telephone conference with J. Failla's chambers and e-mails with counsel (6 mins.); Prepare corrected Rule 56.1 response (54 mins.). | 1.00 |
| Total: 8/21/2014 | | | | |
| | | | | 1.00 |
| 8/22/2014  914202  MPIP. Pig Newton (nr) | | Pig Newton | Prepare corrected Rule 56.1 Statement response. | 1.50 |
| Total: 8/22/2014 | | | | |
| | | | | 1.50 |
| Total: GC | | | | |
| | | | | 382.45 |

Attorney: NCP

| 7/11/2014  910087  MPIP. Pig Newton (nr) | Pig Newton | Cite check brief. | 3.00 |
|------|--------|-------------|-------|
| 7/11/2014  910103  MPIP. Pig Newton (nr) | Pig Newton | Research for brief. | 1.00 |

4/8/2015                                   Spivak Lipton LLP
4:12 PM                          SL Daily Weekly Attorney Time Report                    Page    42

| Date | Slip#Client | | Matter | Description | Hours |
|------|-------|------|--------|-------------|-------|
| 7/11/2014 | 910104 | MPIP. Pig Newton (nr) | Pig Newton | Revise brief. | 0.50 |
| 7/11/2014 | 910106 | MPIP. Pig Newton (nr) | Pig Newton | Proofread brief. | 3.00 |
| 7/11/2014 | 910168 | MPIP. Pig Newton (nr) | Pig Newton | Proofread 56.1 statement. | 2.00 |
| Total: 7/11/2014 | | | | | |
| | | | | | 9.50 |
| 8/14/2014 | 912983 | MPIP. Pig Newton (nr) | Pig Newton | Record cite check brief. | 2.50 |
| Total: 8/14/2014 | | | | | |
| | | | | | 2.50 |
| 8/15/2014 | 912990 | MPIP. Pig Newton (nr) | Pig Newton | Cite check and revise brief. | 6.00 |
| Total: 8/15/2014 | | | | | |
| | | | | | 6.00 |
| Total: NCP | | | | | |
| | | | | | 18.00 |
| Grand Total | | | | | |
| | | | | | 476.30 |