# EXHIBIT C

| | | |
|---|---|---|
| 4/8/2015 | Spivak Lipton LLP | |
| 4:05 PM | SL Daily Weekly Attorney Time Report | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Transaction Dat | 1/1/2015 - 4/8/2015 |
| Clie.Selection | Include: MPIP. Pig Newton (nr) |
| Time.Selection | Include: Time |

| Date | Slip# | Client | Matter | Description | Hours |
|---|---|---|---|---|---|

**Attorney: FM**

| Date | Slip# | Client | Matter | Description | Hours |
|---|---|---|---|---|---|
| 3/5/2015 | 930203 | MPIP. Pig Newton (nr) | Pig Newton | Review decision and transmit to client. | 0.80 |
| 3/5/2015 | 930208 | MPIP. Pig Newton (nr) | Pig Newton | E-mail with R. Dion at Lockton. | 0.10 |
| Total: 3/5/2015 | | | | | 0.90 |
| 3/13/2015 | 930691 | MPIP. Pig Newton (nr) | Pig Newton | Review fee records and e-mail with W. Zuckerman and E. O'Leary re: possible settlement. | 0.30 |
| Total: 3/13/2015 | | | | | 0.30 |
| 3/25/2015 | 931267 | MPIP. Pig Newton (nr) | Pig Newton | Legal research re: attorneys fees. | 0.30 |
| 3/25/2015 | 931268 | MPIP. Pig Newton (nr) | Pig Newton | Review time records and prepare attorneys fee declaration. | 2.20 |
| Total: 3/25/2015 | | | | | 2.50 |
| 3/26/2015 | 931278 | MPIP. Pig Newton (nr) | Pig Newton | Edit draft attorneys fees declaration. | 0.20 |
| Total: 3/26/2015 | | | | | 0.20 |
| 3/29/2015 | 931387 | MPIP. Pig Newton (nr) | Pig Newton | Update draft attorneys fee declaration. | 0.10 |

4/8/2015                          Spivak Lipton LLP
4:05 PM                  SL Daily Weekly Attorney Time Report              Page    2

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| Total: 3/29/2015 | | | | 0.10 |
| 4/2/2015 | 932719 MPIP. Pig Newton (nr) | Pig Newton | Review time entries for deletion (12 minutes); Edit attorneys fee brief (12 minutes); Edit F. Moss Declaration (18 minutes); Review Zuniga Declaration (6 minutes). | 0.80 |
| Total: 4/2/2015 | | | | 0.80 |
| 4/3/2015 | 932793 MPIP. Pig Newton (nr) | Pig Newton | Revise draft attorney fee Declaration; Intra-office conference with re: same. | 0.30 |
| 4/3/2015 | 932794 MPIP. Pig Newton (nr) | Pig Newton | Research re: legal fees for attorney's fee application. | 0.20 |
| Total: 4/3/2015 | | | | 0.50 |
| 4/6/2015 | 932857 MPIP. Pig Newton (nr) | Pig Newton | Review Notice of Appearance and Notice of Appeal. | 0.10 |
| Total: 4/6/2015 | | | | 0.10 |
| 4/7/2015 | 932861 MPIP. Pig Newton (nr) | Pig Newton | Review caselaw on attorneys fees for fee application. | 0.20 |
| Total: 4/7/2015 | | | | 0.20 |
| Total: FM | | | | 5.60 |

Attorney: GC

| | | | | |
|---|---|---|---|---|
| 3/5/2015 | 930243 MPIP. Pig Newton (nr) | Pig Newton | Read opinion (42 mins); E-mails re: same (6 mins). | 0.80 |

4/8/2015  
4:05 PM

Spivak Lipton LLP  
SL Daily Weekly Attorney Time Report

Page 3

| Date | Slip#Client | Matter | Description | Hours |
|---|---|---|---|---|
| Total: 3/5/2015 | | | | 0.80 |
| 3/19/2015 | 930932 MPIP. Pig Newton (nr) | | Email with S. Zuniga re: calculations. | 0.10 |
| Total: 3/19/2015 | | | | 0.10 |
| 3/24/2015 | 931234 MPIP. Pig Newton (nr) | Pig Newton | Research Second Circuit ERISA Section 515 and attorney's fees case law for fee application (1:30); Read cases re: same (24 mins). | 1.90 |
| Total: 3/24/2015 | | | | 1.90 |
| 3/27/2015 | 932550 MPIP. Pig Newton (nr) | Pig Newton | Review revised declaration re: fees application (6 minutes); Draft brief in support of fee application (36 minutes). | 0.70 |
| Total: 3/27/2015 | | | | 0.70 |
| 3/30/2015 | 932553 MPIP. Pig Newton (nr) | Pig Newton | E-mails with S. Zuniga re: facts for application (6 minutes); Review revised Declaration (6 minutes); Prep notice of motion (12 minutes); Prep damages Declaration (18 minutes); Research re: fees application (12 minutes); Prep brief in support of application for fees (1:54); Review costs and disbursements for application (12 minutes). | 3.00 |
| Total: 3/30/2015 | | | | 3.00 |

| 4/8/2015 | | Spivak Lipton LLP | | | |
|---|---|---|---|---|---|
| 4:05 PM | | SL Daily Weekly Attorney Time Report | | Page | 4 |

| Date | Slip# | Client | Matter | Description | Hours |
|---|---|---|---|---|---|
| 4/1/2015 | 932858 | MPIP. Pig Newton (nr) | Pig Newton | Preparation of motion papers. | 3.00 |
| Total: 4/1/2015 | | | | | 3.00 |
| Total: GC | | | | | 9.50 |

Attorney: NJ

| Date | Slip# | Client | Matter | Description | Hours |
|---|---|---|---|---|---|
| 4/2/2015 | 932693 | MPIP. Pig Newton (nr) | Pig Newton | Citecheck and revise brief supporting application for attorneys' fees. | 2.80 |
| Total: 4/2/2015 | | | | | 2.80 |
| 4/3/2015 | 932696 | MPIP. Pig Newton (nr) | Pig Newton | Legal research re: application for attorney's fees. | 1.00 |
| Total: 4/3/2015 | | | | | 1.00 |
| Total: NJ | | | | | 3.80 |
| Grand Total | | | | | 18.90 |