N.Y.S.D. Case #
13-cv-7312(KPF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and fifteen,

_____

Pig Newton, Inc.,

    Plaintiff-Counter-Defendant - Appellant,

v.

Boards of Directors of the Motion Picture Industry Pension Plan, Motion Picture Industry Individual Account Plan, Motion Picture Industry Health Plan,

    Defendants-Counter-Claimants - Appellees.

_____

ORDER
Docket No. 15-1029

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2015

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/12/2015